■ ROYAL H. NICKERSON, Respondent, v ERNEST TE WINKLE, Defendant, and ENVIROGAS, INC., Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs as academic. Same memorandum as in *Nickerson v Te Winkle* ([appeal No. 1] 161 AD2d 1123 [decided herewith]). (Appeal from order of Supreme Court, Chautauqua County, Ricotta, J.—set aside verdict.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.